E-FILED
Thursday, 03 March, 2005  02:49:18 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

FILED
MAR 0 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE:    March 1, 2005

TO:      John M. Waters
         United States District Court
         Central District of Illinois
         151 U.S. Courthouse
         600 E. Monroe Street
         United States Courthouse & Federal Building
         Springfield, IL  62701

FROM:    Gino J. Agnello, Clerk

RE:      03-1694
         Roberts, Janet v. Caterpillar Inc
         01 C 3109, Jeanne E. Scott, Judge

    Herewith is the mandate of this court in this appeal.
    A certified copy of the opinion/order of the court
    shall constitute the mandate.

    There was no record filed with this court in this cause.

    Copies of this notice sent to:         Counsel of record

    [ ]    United States Marshal

    [ ]    United States Probation Office


    Please acknowledge receipt of these documents on the enclosed copy
    of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Received above mandate from the Clerk, U.S.  Court of Appeals for
    the Seventh Circuit.

Date: _____     _____
(1203-052495)                            Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER FRAP 42(b)**

Date: March 1, 2005

By the Court:

No. 03-1694

JANET ROBERTS,
        Plaintiff - Appellant

  v.

CATERPILLAR, INCORPORATED,
        Defendant - Appellee

**CERTIFIED COPY**

A True Copy:
Teste:

_____ Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit.

Appeal from the United States District Court for the
Central District of Illinois
No. 01 C 3109, Jeanne E. Scott, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the parties on 2/25/05,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)